1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:    (415) 436-7200
8      Facsimile:    (415) 436-7234
       Email: kevin.barry@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,           ) CR No. 10-mj-70233 MAG
                                       )
17        Plaintiff,                   )
                                       )
18     v.                              ) **STIPULATION AND [PROPOSED]**
                                       ) **ORDER EXTENDING TIME LIMITS OF**
19 STEVEN CASTRO,                      ) **RULE 5.1(c) AND EXCLUDING TIME**
                                       )
20        Defendant.                   )
                                       )
21

22        On April 20, 2010, the parties in these cases appeared before the Court for a status

23 hearing. At that time, the parties requested, and the Court agreed, to set the date for a further

24 status conference / preliminary hearing / arraignment for May 14, 2010 and to extend the time

25 limits provided by Federal Rule of Criminal Procedure 5.1(c). Pursuant to Rule 5.1(d), the

26 defendant consented to this extension of time, and the parties represented that good cause exists

27 for this extension, including the effective preparation of counsel. The parties also requested that

28 time be excluded from any time limits applicable under 18 U.S.C. § 3161. The parties

represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

At the hearing, the Court made findings consistent with this agreement

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 25, 2010

_____/s/_____
KEVIN J. BARRY
Assistant United States Attorney

DATED: April 25, 2010

_____/s/_____
PETER ORTH
Attorney for STEVEN CASTRO

[PROPOSED] ORDER

For the reasons stated above and at the April 20, 2010 hearing, the Court finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from April 20, 2010 through May 14, 2010 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 26 Apr 2010

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXTENDING TIME LIMITS AND EXCLUDING TIME
CR 10-mj-70233 MAG

2