1  ELIZABETH GROSSMAN SBN 104485
   PETER ORTH SBN 257705
2  LAW OFFICES OF ELIZABETH GROSSMAN
   1010 Grayson Street, Suite One
3  Berkeley, California 94710
   Tel: (510)548-5106
4  Fax: (510)548-5107
   Em: office@elizabethgrossmanlaw.com
5
   Attorneys for Defendant
6  STEVEN CASTRO

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )  CR No. 10-mj-70233 MAG
                                     )
14      Plaintiff,                   )
                                     )
15      v.                           )  **STIPULATION AND [PROPOSED]**
                                     )  **ORDER AMENDING RELEASE**
16  STEVEN CASTRO,                   )  **CONDITIONS RE TRAVEL**
                                     )
17      Defendant.                   )
                                     )
18  ─────────────────────────────

19      At the status hearing in this case held on April 20, 2010, the Defendant requested that the

20  conditions of his release order be amended to allow him to travel within the Eastern District of

21  California. *See* 18 U.S.C. § 3142(c)(3). Defendant seeks such amendment because the

22  Defendant's employer requires that, in the course of employment, the Defendant occasionally

23  travel to counties which lie in the Eastern District.

24      The sureties of the secured release bond, Modesto and Guadalupe Castro, parents of

25  Defendant Castro, have agreed to the proposed amendment (see attached Acknowledgment

26  ///

27  ///

28  ///

1. executed by Mr. and Mrs. Castro). The government has agreed to the proposed amendment.
2. SO STIPULATED:
3. DATED: 5-19-10

   PETER ORTH
   Attorney for Defendant

   DATED: 5/19/10

   /S/
   KEVIN J. BARRY
   Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER AMENDING RELEASE CONDITIONS RE TRAVEL
CR No. 10-mj-70233 MAG

2

[PROPOSED] ORDER

For the reasons stated above, the Court finds that there is good cause for the requested amendment to Defendant's release conditions; and that the terms of the Defendant's release be amended to allow the Defendant to travel within the Eastern District of California. 18 U.S.C. § 3142(c)(3).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 21, 2010

THE HO_____CHEN
United S_____

*IT IS SO ORDERED*
*Judge Edward M. Chen*

## ACKNOWLEDGMENT

We, the undersigned, acknowledge that:

1) We are the sureties for the secured release bond for Defendant Steven Castro in the matter of United States v. Steven Castro, Case No. CR 3-10-70233.

2) We agree to the stipulated modification of the terms of Defendant Castro's release to allow him to travel to and within the Eastern District of California.

Dated: 4-29-2010

_/s/ Modesto Castro_
Modesto Castro

Dated: 4-29-2010

_/s/ Guadalupe Castro_
Guadalupe Castro