MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-mj-70233 MAG |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS** |
| STEVEN CASTRO, | |
| Defendant. | |

At the conclusion of the August 19, 2010, status hearing, the Court set October 5, 2010 as the date for a further status conference / preliminary hearing / arraignment. With the defendant's consent, the Court extended the time limits provided by Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.

On October 5, 2010, this case was called for the stats conference / arraignment, but the defendant did not appear. Because of the defendant's non-appearance, the Court further extended the time limits provided by Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161. The Court set October 7, 2010 as the next status conference / arraignment date, unless the parties stipulate to a different date.

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 10-mj-70233 MAG

1    The parties hereby stipulate to set the next status conference / arraignment date on
2 November 10, 2010, and they request that the Court extend the time limits provided by Federal
3 Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.
4    Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of
5 time, and the parties represent that good cause exists for this extension, including the effective
6 preparation of counsel and continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The
7 parties also agree that the ends of justice served by granting such an exclusion of time outweigh
8 the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:
                                        MELINDA HAAG
                                        United States Attorney

DATED: October 5, 2010          /s/
                                        KEVIN J. BARRY
                                        Assistant United States Attorney

DATED: October 5, 2010          /s/
                                        PETER ORTH
                                        Attorney for STEVEN CASTRO

### [PROPOSED] ORDER

For the reasons stated above, the Court sets November 10, 2010 as the date for the next status conference / arraignment / preliminary hearing.  The Court also finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from October 5, 2010 through November 10, 2010 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective

1  preparation and continuity of counsel, taking into account the exercise of due diligence, and
2  would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).
3
        IT IS SO ORDERED.
4
5  DATED: 10/06/10
6                                              THE HONORABLE JOSEPH C. SPERO
                                               United States Magistrate Judge
7
8



STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 10-mj-70233 MAG                                                                      3