MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff
FILED

FEB 1 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 10-mj-70233 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS |
| STEVEN CASTRO, | ) |
| Defendant. | ) |

    The Court has set February 18, 2011 as the date for a further status conference / preliminary hearing / arraignment. As the case is still in development, the parties hereby request and stipulate to set the next status conference / arraignment date on March 18, 2011, and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161 from the date of this Order through March 18, 2011.

    Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The government has produced substantial discovery to the defendant, and these materials are

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 10-mj-70233 MAG

1 currently being reviewed. The parties also agree that the ends of justice served by granting such
2 an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.
3 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:
                                        MELINDA HAAG
                                        United States Attorney

DATED: February 17, 2011                     /s/
                                        KEVIN J. BARRY
                                        Assistant United States Attorney


DATED: February 17, 2011                     /s/
                                        ELIZABETH GROSSMAN
                                        Attorney for STEVEN CASTRO


[~~PROPOSED~~] ORDER

For the reasons stated above, the Court sets March 18, 2011 as the date for the next status conference / arraignment / preliminary hearing. The Court also finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from February 17, 2011 through March 18, 2011 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2/17/11
                                        _____
                                        THE HONORABLE TIMOTHY J. BOMMER
                                        United States Magistrate Judge